# Criminal Case Cover Sheet
## U.S. District Court - District of Massachusetts

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** FBI

**City** Cambridge

**County** Middlesex

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number  See Attachment A
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ✔ No

**Defendant Information:**

Defendant Name: DISHANT GUPTA   Juvenile: ☐ Yes ✔ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ✔ No

Alias Name: _____

Address: 12 Treeman Drive, Unit 104, Hillsborough, New Jersey 08844-5151

Birth date (Yr only): 1983   SSN (last 4#): 0081   Sex: ___   Race: ___   Nationality: ___

**Defense Counsel if known:** Jeffrey Lichtman   Address: 441 Lexington Avenue #504

Bar Number: _____   New York, NY 10017

**U.S. Attorney Information**

AUSA: Benjamin A. Saltzman   Bar Number if applicable: 683169

**Interpreter:** ☐ Yes ✔ No   List language and/or dialect: _____

**Victims:** ☐ Yes ✔ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ✔ No

**Matter to be SEALED:** ☐ Yes ✔ No

☐ Warrant Requested   ✔ Regular Process   ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint   ✔ Information   ☐ Indictment

**Total # of Counts:** ☐ Petty ___   ☐ Misdemeanor ___   ✔ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 9/10/2024   Signature of AUSA: /s/ Benjamin A. Saltzman

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant** _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 15 U.S.C. §§ 78j(b), 78ff(a) | Securities Fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

**Attachment A**

Massachusetts:
23-mj-1391-DLC
23-mj-1392-DLC

New Jersey:
24-16154-JRA
24-16155-JRA
24-16156-JRA